**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **PAULA FENTANES LOPEZ #A221-468-871** | **CASE NO. 6:26-CV-00333 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

Considering the Joint/Voluntary Motion to Dismiss (styled "Notice of Voluntary Dismissal") [Doc. No. 12] filed by Petitioner Paula Fentanes Lopez ("Petitioner"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED** and Petitioner's Amended Petition for a Writ of Habeas Corpus [Doc. No. 6] is hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 29th day of October, 2026.

Terry A. Doughty
United States District Judge